**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-Z-1232

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO, G. M. WILKINSON, WILLIAM MOHRMAN, JANET MOHRMAN, THE FRIENDS OF HUNTER CREEK, FIDELITY BUILDING TRUST, INC., and THE UNITED STATES OF AMERICA, Plaintiffs;

and

STEPHEN F. WISHART, STEVE LIGINO, and EDWARD J. SMART,

Intervenor Plaintiffs

v.

THOMAS D. McCLOSKEY, JR., BONNIE P. McCLOSKEY, FREDRIC A. BENEDICT, FABIENNE BENEDICT, GERALD D. HOSIER, BERRY R. COX, TRUST #14, RED MOUNTAIN RANCH HOMEOWNERS' ASSOCIATION, AND ALL UNKNOWN PERSONS WHO MAY CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION, THOMAS K. IRELAND, MEL HARRIS, and JOHN SWEENEY,

Defendants,

and

B. JOHN BARRY, Intervenor Defendant.

**ORDER RELEASING AND DISCHARGING LIS PENDENS**

THIS MATTER is before the Court on the Joint Motion of Plaintiffs, Board of County Commissioners of Pitkin County, Colorado, and Friends of Hunter Creek, and Defendants Red Mountain Ranch Homeowners' Association, Thomas D. McCloskey, Jr., Bonnie P. McCloskey, Gerald D. Hosier, Berry R. Cox Trust #14, Thomas K. Ireland, Mel Harris, John

Sweeney and B. John Barry, for an Order releasing and discharging all lis pendens recorded with respect to or arising from this action.  Having reviewed its file and the Motion, and being sufficiently advised, the Court finds that following trial of this matter, it entered an Order dated September 3, 1993, which was a final order under F.R.C.P. 58.  Certain parties filed post-trial motions under F.R.C.P. 59, resulting in the Court's Additional Findings of Fact and Order dated May 14, 2002.  Thereafter, Defendants Red Mountain Ranch, McCloskey and Hosier appealed both Orders.  No other party filed an appeal.  The Court further finds that all issues and disputes asserted in or arising from this action have been resolved either by final Order of this Court or by agreement of the parties.  The Court further finds that all lis pendens arising from this action should be released and discharged.

IT IS THEREFORE ORDERED that all lis pendens recorded with respect to or arising from this action, including, but not limited to, the following lis pendens:

1. As recorded on July 23, 1990, in Book No. 625, Page No. 467, at Reception No. 324611, of the records of Pitkin County, Colorado; and

2. As recorded October 11, 1990, in Book No. 631, Page No. 900, at Reception No. 327113, of the records of Pitkin County, Colorado,

SHALL BE AND ARE HEREBY RELEASED AND DISCHARGED WITH PREJUDICE.

SO ORDERED THIS  29  day of  March , 2006, by the Court.

*[signature]*
United States District Court Judge

Approved as to form:

| | |
|---|---|
| Jean J. Dubofsky, P.C.<br>By_____<br>Jean J. Dubofsky<br>1000 Rose Hill Drive<br>Boulder, CO 80302<br>Attorneys for Friends of Hunter Creek | Sherman & Howard, L.L.C.<br>By_____<br>Joseph J. Bronesky<br>633 17th Street, Suite 3000<br>Denver, CO 80202<br>Attorneys for Red Mountain Ranch Home Owners Association |
| Enoch & Enoch, P.C.<br>By:_____<br>Barton L. Enoch<br>P.O. Box 1539<br>Colorado Springs, CO  80901-1539<br>(719) 475-1140 Fax (719) 475-0114<br>Attorneys for Gerald D. Hosier, Thomas D. McCloskey and Bonnie P. McCloskey | Pitkin County Attorney<br>By_____<br>Christopher G. Seldin<br>530 East Main Street, Suite 302<br>Aspen, CO 81611 |

Garfield & Hecht
By_____
Ronald Garfield, Esq.
601 Easy Hyman Avenue
Aspen, CO 81611
Attorneys for Estamar Trust Pursuant to
Declaration of Trust Dated June 22, 1998

Kaufman, Peterson & Dischler, P.C..
By_____
Gideon Kaufman
315 East Hyman Avenue, Suite 305
Aspen, CO 81612
Attorneys for  Glenda L. Greenwald Personal Residence Trust Gerald Greenwald Personal  Residence Trust

Faegre & Benson
By_____
Diane B. Davies, Esq.
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Attorneys for Tournesol III, LLC

Lawrence Levin, LLC
By_____
Lawrence L. Levin, Esq.
142 Dexter Street
Denver, CO 80220
Attorneys for B. John Barry